# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                      §
                                            §
LEATHERS, STEVEN C                          §          Case No. 10-73716
                                            §
                          Debtor(s)         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                  $

                    Funds were disbursed in the following amounts:

                    Payments made under an interim
                    disbursement
                    Administrative expenses
                    Bank service fees
                    Other payments to creditors
                    Non-estate funds paid to 3rd Parties
                    Exemptions paid to the debtor
                    Other payments to the debtor

                    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DANIEL M. DONAHUE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page:   1

Exhibit A

| Case No: | 10-73716 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|

Case Name:   LEATHERS, STEVEN C

For Period Ending:   05/06/14

Trustee Name:   DANIEL M. DONAHUE
Date Filed (f) or Converted (c):   07/27/10 (f)
341(a) Meeting Date:   09/07/10
Claims Bar Date:   08/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 3928 Biltmore Chase Rockford, IL | 160,000.00 | 0.00 | | 0.00 | FA |
| 2. checking account w/ Amcore Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3. old furniture, tv, bedroom set, misc. household it | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. watch & misc. costume jewerly | 100.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Dodge Durango | 6,000.00 | 0.00 | | 0.00 | FA |
| 7. Funds in ex-wife's bank account (u) | Unknown | 6,700.00 | OA | 1,700.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.10 | | 0.10 | FA |
| 9. Refund from mortgage modification | 9,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $177,050.00   $6,700.10   $1,700.10   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/12   Current Projected Date of Final Report (TFR): 06/01/14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 10-73716 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | LEATHERS, STEVEN C | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******3435  MONEY MARKET |
| Taxpayer ID No: | *******5940 | | | |
| For Period Ending: | 05/06/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/05/11 | 7 | STEVEN C LEATHERS 3928 BILTMORE CHASE ROCKFORD, IL  61109-2169 | Funds in bank account | 1229-000 | 1,200.00 | | 1,200.00 |
| 04/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,200.01 |
| 05/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,200.02 |
| 06/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,200.03 |
| 07/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,200.04 |
| 08/09/11 | 7 | STEVEN C LEATHERS 3928 BILTMORE CHASE ROCKFORD, IL  61109-2169 | FUNDS IN BANK ACCOUNT | 1229-000 | 250.00 | | 1,450.04 |
| 08/09/11 | 7 | STEVEN C LEATHERS 3928 BILTMORE CHASE ROCKFORD, IL  61109-2169 | FUNDS IN BANK ACCOUNT | 1229-000 | 250.00 | | 1,700.04 |
| 08/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,700.05 |
| 09/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,700.06 |
| 10/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,700.07 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.17 | 1,697.90 |
| 11/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,697.91 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.09 | 1,695.82 |
| 12/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,695.83 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.09 | 1,693.74 |
| 01/19/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,693.75 |
| 01/19/12 | | Transfer to Acct #*******3754 | Bank Funds Transfer | 9999-000 | | 1,693.75 | 0.00 |

| | Page Subtotals | 1,700.10 | 1,700.10 |
|---|---|---|---|

Ver: 17.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-73716  -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | LEATHERS, STEVEN C | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******3435  MONEY MARKET |
| Taxpayer ID No: | *******5940 | | | |
| For Period Ending: | 05/06/14 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,700.10 | 1,700.10 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,693.75 | |
| | | | Subtotal | | 1,700.10 | 6.35 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,700.10 | 6.35 | |

Page Subtotals                    0.00                    0.00

LFORM24

Ver: 17.05c

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:       10-73716  -MLB
Case Name:   LEATHERS, STEVEN C

Taxpayer ID No:   *******5940
For Period Ending:   05/06/14

Trustee Name:       DANIEL M. DONAHUE
Bank Name:          CONGRESSIONAL BANK
Account Number / CD #:   *******3754  GENERAL CHECKING

Blanket Bond (per case limit):   $  1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3435 | Bank Funds Transfer | 9999-000 | 1,693.75 | | 1,693.75 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 1,683.75 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 1,673.75 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.00 | 1,663.75 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 10.00 | 1,653.75 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.00 | 1,643.75 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 10.00 | 1,633.75 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (August, 2013) | 2600-000 | | 10.00 | 1,623.75 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 10.00 | 1,613.75 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 10.00 | 1,603.75 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 10.00 | 1,593.75 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.00 | 1,583.75 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.00 | 1,573.75 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 10.00 | 1,563.75 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.00 | 1,553.75 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,693.75 | 140.00 | 1,553.75 |
| Less:  Bank Transfers/CD's | 1,693.75 | 0.00 |
| Subtotal | 0.00 | 140.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 0.00 | 140.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******3435 | 1,700.10 | 6.35 | 0.00 |
| GENERAL CHECKING - ********3754 | 0.00 | 140.00 | 1,553.75 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 1,700.10 | 146.35 | 1,553.75 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals     1,693.75     140.00

LFORM24     **UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*     Ver: 17.05c

**FORM 2**

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-73716  -MLB | |
| Case Name: | LEATHERS, STEVEN C | |
| Taxpayer ID No: | *******5940 | |
| For Period Ending: | 05/06/14 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3754  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - *******3435 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - *******3754 | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

LFORM24

Ver: 17.05c

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                          Date: May 06, 2014

Case Number:    10-73716                      Claim Type Sequence
Debtor Name:    LEATHERS, STEVEN C

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $425.03 | $425.03 |
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $4,693.00 | $4,693.00 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $78.39 | $78.39 |
| 000003A 050 4800-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Secured | | $0.00 | $10,330.00 | $10,330.00 |
| 000002A 058 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | | $0.00 | $459.87 | $459.87 |
| 000003B 058 5800-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Priority | | $0.00 | $18,426.91 | $18,426.91 |
| 000001 070 7100-00 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $3,603.73 | $3,603.73 |
| 000002B 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $0.00 | $45.90 | $45.90 |
| 000003C 070 7100-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $9,038.68 | $9,038.68 |
| 000004 070 7100-00 | Portfolio Recovery Associates, LLC c/o Furn Row Tier 2 New Bu POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $915.51 | $915.51 |
| | Case Totals: | | | $0.00 | $48,017.02 | $48,017.02 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73716
Case Name: LEATHERS, STEVEN C
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Revenue | $ | $ | $ |
| 000003B | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for TD Bank, USA | $ | $ | $ |
| 000002B | Illinois Department of Revenue | $ | $ | $ |
| 000003C | Internal Revenue Service | $ | $ | $ |
| 000004 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE