UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LEATHERS, STEVEN C § Case No. 10-73716
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/16/2014 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue_____
                                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LEATHERS, STEVEN C § Case No. 10-73716
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,700.10 |
| and approved disbursements of | $ | 146.35 |
| leaving a balance on hand of[1] | $ | 1,553.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 425.03 | $ 0.00 | $ 425.03 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 78.39 | $ 0.00 | $ 78.39 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 503.42 |
| Remaining Balance | $ | 1,050.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 18,886.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Revenue | $ 459.87 | $ 0.00 | $ 25.57 |
| 000003B | Internal Revenue Service | $ 18,426.91 | $ 0.00 | $ 1,024.76 |
| | Total to be paid to priority creditors | | | $ 1,050.33 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,603.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for TD Bank, USA | $ 3,603.73 | $ 0.00 | $ 0.00 |
| 000002B | Illinois Department of Revenue | $ 45.90 | $ 0.00 | $ 0.00 |
| 000003C | Internal Revenue Service | $ 9,038.68 | $ 0.00 | $ 0.00 |
| 000004 | Portfolio Recovery Associates, LLC | $ 915.51 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-73716-TML
Steven C Leathers                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: May 21, 2014
                              Form ID: pdf006          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2014.
```
db          #+Steven C Leathers,    5523 Sandhutter,    Rockford, IL 61108-8069
15902078     Amcore,    P.O. Box 358,    Beloit, WI 53512-0358
15902079    +American,    Box 659705,    San Antonio, TX 78265-9705
15902081   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    Box 551080,    Jacksonville, FL 32256)
15902082    +Freedman, Anselmo, Lindberg,    Box 3107,    Naperville, IL 60566-7107
15902083    +Furniture Row Outlet,    Box 17602,    Baltimore, MD 21297-1602
15902084    +Harrison law office,    684 S. Eastwood Dr,    Woodstock, IL 60098-4633
15902085     Home Depot,    P.O. Box 689100,    Des Moines, IA 50364-0500
17376929     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15902087     Illinois Dept. of Revenue,    Bankruptcy Dept.,    100 West Randolph, Level 7,    Chicago, IL 60601
15902089     Loree Leathers/Allen,    703 Greenlee Dr,    Rockford, IL 61102
15902090    +Macys,    Box 689195,    Des Moines, IA 50368-9195
15902091    +PFG of Minnesota,    7825 Washington Ave. S Suite 410,    Minneapolis, MN 55439-2409
17620926   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Furn Row Tier 2 New Bu,
              POB 41067,    Norfolk VA 23541)
15902092    +Shell,    Box 6000,    The Lakes, NV 89163-0001
15902094    +Wells Fargo,    Box 5296,    Carol Stream, IL 60197-5296
15902080    +carnival sea miles,    Box 13337,    Philadelphia, PA 19101-3337
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17307632     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2014 00:23:46
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
20320103     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2014 00:21:37
             American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
             Oklahoma City, OK  73124-8866
15902086    +E-mail/Text: Bankruptcy@icsystem.com May 22 2014 00:16:15    IC Systems,    Box 64437,
             Saint Paul, MN 55164-0437
17502161     E-mail/Text: cio.bncmail@irs.gov May 22 2014 00:15:54    Internal Revenue Service,
             Mail Stop 5010 CHI,    230 S. Dearborn St.,    Chicago, IL 60604
15902088     E-mail/Text: cio.bncmail@irs.gov May 22 2014 00:15:54    Internal Revenue Service,
             P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15902095*   +Wells Fargo,    Box 5296,    Carol Stream, IL 60197-5296
15902093   ##+Target National Bank,    Box 59317,    Minneapolis, MN 55459-0317
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: kkrystave              Page 2 of 2                   Date Rcvd: May 21, 2014
                              Form ID: pdf006              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2014 at the address(es) listed below:

         Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
         Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
         Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
         David H Carter    on behalf of Debtor Steven C Leathers bankruptcyclinicpc@sbcglobal.net
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Toni  Dillon    on behalf of Creditor   Wells Fargo Bank, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                     TOTAL: 6