UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
LEATHERS, STEVEN C                              §         Case No. 10-73716
                                                §
              Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Amcore P.O. Box 358 Beloit, WI 53512-0358 |  |  |  |  |  |
|  | Wells Fargo Box 5296 Carol Stream, IL 60197 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Box 5296 Carol Stream, IL 60197 | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loree Leathers/Allen 703 Greenlee Dr Rockford, IL 61102 | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Box 659705 San Antonio, TX 78265 | | | | | |
| | Chrysler Financial Box 551080 Jacksonville, FL 32256 | | | | | |
| | Freedman, Anselmo, Lindberg Box 3107 Naperville, IL 60566 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harrison law office 684 S. Eastwood Dr Woodstock, IL 60098 | | | | | |
| | Home Depot P.O. Box 689100 Des Moines, IA 50364-0500 | | | | | |
| | IC Systems Box 64437 Saint Paul, MN 55164 | | | | | |
| | Macys Box 689195 Des Moines, IA 50368 | | | | | |
| | PFG of Minnesota 7825 Washington Ave. S Suite 410 Minneapolis, MN 55439 | | | | | |
| | Shell Box 6000 The Lakes, NV 89163 | | | | | |
| | carnival sea miles Box 13337 Philadelphia, PA 19101 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003C | INTERNAL REVENUE SERVICE | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-73716 | MLB | Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LEATHERS, STEVEN C | | | | Date Filed (f) or Converted (c): | 07/27/10 (f) |
| | | | | | 341(a) Meeting Date: | 09/07/10 |
| For Period Ending: | 07/14/14 | | | | Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3928 Biltmore Chase Rockford, IL | 160,000.00 | 0.00 | | 0.00 | FA |
| 2. checking account w/ Amcore Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3. old furniture, tv, bedroom set, misc. household it | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. watch & misc. costume jewerly | 100.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Dodge Durango | 6,000.00 | 0.00 | | 0.00 | FA |
| 7. Funds in ex-wife's bank account (u) | Unknown | 6,700.00 | OA | 1,700.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.10 | | 0.10 | FA |
| 9. Refund from mortgage modification | 9,500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $177,050.00 | $6,700.10 | | $1,700.10 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/12     Current Projected Date of Final Report (TFR): 06/01/14

LFORM1                                                                                                                                                                                                 Ver: 18.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-73716 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LEATHERS, STEVEN C | Bank Name: | Bank of America, NA |
|  |  | Account Number / CD #: | *******3435 MONEY MARKET |
| Taxpayer ID No: | *******5940 |  |  |
| For Period Ending: | 07/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/05/11 | 7 | STEVEN C LEATHERS 3928 BILTMORE CHASE ROCKFORD, IL 61109-2169 | Funds in bank account | 1229-000 | 1,200.00 |  | 1,200.00 |
| 04/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,200.01 |
| 05/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,200.02 |
| 06/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,200.03 |
| 07/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,200.04 |
| 08/09/11 | 7 | STEVEN C LEATHERS 3928 BILTMORE CHASE ROCKFORD, IL 61109-2169 | FUNDS IN BANK ACCOUNT | 1229-000 | 250.00 |  | 1,450.04 |
| 08/09/11 | 7 | STEVEN C LEATHERS 3928 BILTMORE CHASE ROCKFORD, IL 61109-2169 | FUNDS IN BANK ACCOUNT | 1229-000 | 250.00 |  | 1,700.04 |
| 08/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,700.05 |
| 09/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,700.06 |
| 10/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,700.07 |
| 10/31/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 2.17 | 1,697.90 |
| 11/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,697.91 |
| 11/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 2.09 | 1,695.82 |
| 12/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,695.83 |
| 12/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 2.09 | 1,693.74 |
| 01/19/12 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 |  | 1,693.75 |
| 01/19/12 |  | Transfer to Acct #*******3754 | Bank Funds Transfer | 9999-000 |  | 1,693.75 | 0.00 |
|  |  |  |  | Page Subtotals |  1,700.10 | 1,700.10 |  |

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-73716 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LEATHERS, STEVEN C | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3435 MONEY MARKET |
| Taxpayer ID No: | *******5940 | | |
| For Period Ending: | 07/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,700.10 | 1,700.10 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,693.75 | |
| | | | Subtotal | | 1,700.10 | 6.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,700.10 | 6.35 | |

Page Subtotals  0.00  0.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-73716 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | LEATHERS, STEVEN C | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3754 GENERAL CHECKING |
| Taxpayer ID No: | *******5940 | | | |
| For Period Ending: | 07/14/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3435 | Bank Funds Transfer | 9999-000 | 1,693.75 | | 1,693.75 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 1,683.75 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 1,673.75 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.00 | 1,663.75 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 10.00 | 1,653.75 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.00 | 1,643.75 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 10.00 | 1,633.75 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (August, 2013) | 2600-000 | | 10.00 | 1,623.75 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 10.00 | 1,613.75 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 10.00 | 1,603.75 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 10.00 | 1,593.75 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.00 | 1,583.75 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.00 | 1,573.75 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 10.00 | 1,563.75 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2014) | 2600-000 | | 10.00 | 1,553.75 |
| 06/17/14 | 000100 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 425.03 | 1,128.72 |
| 06/17/14 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 78.39 | 1,050.33 |
| 06/17/14 | 000102 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000002A, Payment 5.6% | 5800-000 | | 25.57 | 1,024.76 |
| 06/17/14 | 000103 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000003B, Payment 5.6% | 5800-000 | | 1,024.76 | 0.00 |

Page Subtotals  1,693.75  1,693.75

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-73716 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LEATHERS, STEVEN C | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3754  GENERAL CHECKING |
| Taxpayer ID No: | *******5940 | | |
| For Period Ending: | 07/14/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,693.75 | 1,693.75 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 1,693.75 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,693.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 1,693.75 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******3435 | 1,700.10 | 6.35 | 0.00 |
| GENERAL CHECKING - *******3754 | 0.00 | 1,693.75 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 1,700.10 | 1,700.10 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.00a